THE STATE EX REL. FLEISCHER, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Fleischer v. Indus.*
*Comm.* (1999), 84 Ohio St.3d 501.]

(No. 98–743—Submitted October 12, 1998—Decided February 24, 1999.)

---

*Law Office of Thomas Tootle* and *Thomas Tootle,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Jon D. Grandon,* Assistant Attorney General, for appellee.

---

The judgment of the court of appeals is reversed. The cause is returned to the Industrial Commission for compliance with *State ex rel. Noll v. Indus. Comm.* (1991), 57 Ohio St.3d 203, 567 N.E.2d 245.

MOYER, C.J., DOUGLAS, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, COOK and LUNDBERG STRATTON, JJ., dissent.

---

LUNDBERG STRATTON, J., dissenting. I dissent and would affirm the judgment of the court of appeals.

PFEIFER and COOK, JJ., concur in the foregoing dissenting opinion.